UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: **JACK B. SCHMETTERER**

Hearing Date: October 14, 2014

Bankruptcy Case No.: 14 B 10105

Adversary No.:

Title of Case: In re: Robert J. Meier

Brief Statement of Motion: Edward Shrock's Objection to Amended Claim No. 6 of Martha Meier

Names and Addresses of moving counsel: See Attached Service Certificate

Representing:

## SCHEDULING ORDER

The parties having rested in their presentation of evidence, they will file final argument in writing in the form of Final Proposed Findings of Fact and Conclusions of Law to be filed on the following schedule:

Edward Shrock on or before October 29, 2014

Martha Meier on or before November 12, 2014

Reply by Edward Shrock on or before November 19, 2014

Set for status of such filings on *November 21, 2014 at 10:30 a.m.* in courtroom 682.

Enter: Jack B. Schmetterer, U.S.B.J.