# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re<br><br>Robert J. Meier,<br><br>               Debtor. | Chapter 11<br><br>Case No. 14-10105<br><br>Honorable Jack B. Schmetterer |

## BABY SUPERMALL, LLC'S AMENDED CLAIM SUPPLEMENT

On June 30, 2014, Baby Supermall, LLC ("BSM") filed a claim asserting an unliquidated claim against the Debtor. [Claim No. 7] On July 14, 2014, Edward Shrock, the minority member of Baby Supermall, filed an objection to Baby Supermall LLC's unliquidated claim. At a hearing on September 19, 2014, this Court requested that BSM supplement its claim with a draft adversary complaint setting forth its putative claims against the Debtor. At a hearing on October 24, 2014, this Court requested that BSM submit a more definite statement of those claims. A copy of a revised Putative Complaint is attached to this supplement as <u>Exhibit A</u>. BSM believes that many of the factual and legal issues set forth in that Putative Complaint will be resolved by the Circuit Court of Cook County during its adjudication of Shrock's direct action against Meier. Further, BSM believes that, as a non-debtor, it lacks standing to assert the remedies available in §§ 544, 547 and 548 of the Bankruptcy Code and the Uniform Fraudulent Transfer Act, 740 ILCS 160/1, *et seq.* As a result of the foregoing, BSM does not believe that its claim is ripe for adjudication.

                                                    Respectfully submitted,

                                                    BABY SUPERMALL, LLC


                                                    By: s/ Daniel A. Zazove
                                                           One of Their Attorneys

-2-

Daniel A. Zazove, ARDC No. 3104117
Kathleen A. Stetsko, ARDC No. 6297704
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
312.324.8400