IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | Date of Conversion: 12/19/2014 |
| ROBERT J. MEIER, | ) | |
| | ) | Case No. 14-10105 |
| Debtor | ) | |
| | ) | Honorable Jack B. Schmetterer |
| | ) | |

**DEBTOR'S FINAL REPORT AND ACCOUNT**
**AND SCHEDULE OF POSTPETITION DEBTS**

Dated: January 2, 2015            Respectfully submitted,

                                                     ROBERT J. MEIER

                                                     By: /s/ Carolina Y. Sales
                                                     One of His Attorneys

Paul M. Bauch (ARDC #6196619)
Carolina Y. Sales (ARDC #6287277)
BAUCH & MICHAELS, LLC
53 W. Jackson Boulevard, Suite 1115
Chicago, Illinois 60604
Tel: (312) 588-5000
Fax: (312) 427-5709

**SCHEDULE I – DISPOSITION OF ASSETS**

| Asset Description (Scheduled and Unscheduled Property) | Petition/ Unscheduled Value | State and Location of Property (Including Information on Disposal, if Property is Currently Not Property of the Estate) |
|---|---|---|
| 2301 N. St. James Court Arlington Heights, IL 60004 | $750,000.00 | Exempt |
| Checking Account | $0.00 | Chase Bank |
| Savings Account | $0.01 | Chase Bank |
| DIP Checking Account | $98,004.23 | Union National Bank (not property of the estate) |
| Household furnishings | $10,000.00 | 2301 N. St. James Court Arlington Heights, IL 60004 |
| Wearing apparel | $2,000.00 | Exempt |
|  |  | 2301 N. St. James Court Arlington Heights, IL 60004 |
| Term life insurance policy | $0.00 | West Coast Insurance |
| Baby Supermall, LLC 401(k) Plan | $190,000.00 | Exempt |
| 70 of 80 membership units in Baby Supermall, LLC | Unknown |  |
| 1/6 interest in Meier Manor LLC | $30,000 | Owns lake house in Palmyra, WI |
| Accounts receivable | Unknown | $2,800,000 owed to Debtor from Baby Supermall, LLC |
| 2013 Lexus GS350 with 50,000 miles | $30,000.00 | $2,400 exempt |
|  |  | 2301 N. St. James Court Arlington Heights, IL 60004 |

**SCHEDULE II – POST-PETITION CREDITORS**

| Name and Address | Type (Administrative, Superpriority, etc.) | Amount Due |
|---|---|---|
| Bauch & Michaels, LLC<br>53 W. Jackson Blvd., Suite 1115<br>Chicago, IL 60604 | Administrative | TBD |
| Ungaretti & Harris LLP<br>70 W. Madison Street, Suite 3500<br>Chicago, IL 60602 | Administrative | TBD |
| United States Trustee<br>U.S. Trustee Payment Center<br>P.O. Box 70937<br>Charlotte, NC 28272-0937<br>(quarterly fees) | Administrative | TBD |
| | ***Total*** | **TBD** |

**SCHEDULE III – POST-PETITION PAYMENTS TO PROFESSIONALS**

| Name and Address of Professional | Amount Paid Post-Petition | Pre-Petition Retainer |
|---|---|---|
| Bauch & Michaels, LLC<br>53 W Jackson Blvd., Suite 1115<br>Chicago, IL 60604 | $18,134.58 | $26,213.00 |
| Ungaretti & Harris LLP<br>70 W. Madison Street, Suite 3500<br>Chicago, IL 60602 | $35,000.00 | |
| ***Total*** | **$53,134.58** | **$26,213.00** |

**SCHEDULE IV – POST-PETITION RECEIPTS & DISBURSEMENTS**

| Month | Receipts | Disbursements |
|---|---|---|
| March-April 2014 | $18,261.95 | $4,255.04 |
| May 2014 | $18,897.97 | $9,627.83 |

| Month | Amount 1 | Amount 2 |
|---|---|---|
| June 2014 | $19,505.97 | $3,597.01 |
| July 2014 | $29,250.05 | $5,097.30 |
| August 2014 | $28,897.16 | $3,673.11 |
| September 2014 | $0.00 | $37,288.60 |
| October 2014 | $28,897.17 | $3,280.66 |
| November 2014 | $28,937.16 | $22,294.35 |
| December 2014 | $0.00 | $1,657.31 |
| ***Total*** | **$172,647.43** | **$90,771.21** |

I, Robert J. Meier, declare under penalty of perjury that I have fully read and understood the foregoing Final Report and Account and that the information contained herein is true and complete to the best of my knowledge.

Date: 1/2/2015                                        /s/ Robert J. Meier
                                                              Debtor

4

|  | | |
|---|---:|---:|
| November 2014 | $28,937.16 | $22,294.35 |
| December 2014 | $0.00 | $1,657.31 |
| Total | $172,647.43 | $90,771.21 |

I, Robert J. Meier, declare under penalty of perjury that I have fully read and understood the foregoing Final Report and Account and that the information contained herein is true and complete to the best of my knowledge.

Date: 1/2/2015

_____
Debtor

4