UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                                    )         BK No.:    14-10105
ROBERT J. MEIER                           )
                                          )
                                          )         Chapter: 7
                                          )
                                          )         Honorable Jack Schmetterer
                                          )
                                          )
        Debtor(s)                         )

**ORDER APPROVING FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO BAUCH & MICHAELS, LLC, THE ATTORNEYS FOR THE DEBTOR**

Upon consideration of the final interim (the "Application") of the law firm of Bauch & Michaels, LLC requesting the entry of an order pursuant to 11 U.S.C.§§ 330 and 331 for the allowance and payment of $52,968.00 in final compensation for 172 hours of professional services rendered, and the reimbursement of $41.40 in costs incurred incidental to those services, to Robert J. Meier (the "Debtor") from August 1, 2014 through December 19, 2014 (the "Application Period"); due and proper notice of the Application having been provided; it appearing that there is good cause to grant the relief requested; and there being no objection to the relief requested, IT IS HEREBY ORDERED:

1. Bauch & Michaels, LLC is allowed $52,968.00 in compensation for the Application Period.

2. Bauch & Michaels, LLC is allowed $41.40 in expense reimbursement for the Application Period.

3. Bauch & Michaels, LLC's interim compensation award of $42,812.50 and expense reimbursement of $1,535.08 under the October 20, 2014 order shall be deemed to be a final award under this Order.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: August 14, 2015

**Prepared by:**

Paul M. Bauch (ARDC #6196619)
Carolina Y. Sales (ARDC #6287277)
Bauch & Michaels, LLC
53 W. Jackson Blvd., Suite 1115
Chicago, Illinois 60604
Tel. (312) 588-5000
Fax (312) 427-5709