## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| ROBERT J. MEIER, ) | Bankruptcy No. 14 B 10105 |
| Debtor, ) | |
| ) | |
| EDWARD SHROCK, ) | |
| Plaintiff ) | Adversary No. 14 A 00403 |
| v. ) | |
| ROBERT J. MEIER, ) | |
| Defendant ) | |
| ) | |
| BABY SUPERMALL, LLC, ) | |
| Plaintiff ) | |
| v. ) | Adversary Non. 15 A 00198 |
| ROBERT J. MEIER, ) | |
| Defendant ) | |

## AMENDED FINAL PRETRIAL ORDER

On September 3, 2015, there was a status conference held in Chicago, Illinois.

The Final Pretrial Order dated January 30, 2015, entered in Shrock v. Meier, Adversary No. 14 A 00403 is vacated. The following proceedings are hereby consolidated for trial:

1. Shrock v. Meier, Adversary No. 14 A 00403
2. Baby Supermall, LLC v. Meier, Adversary No. 15 A 00198
3. Shrock's Amended Claim No. 4 (Dkt. #84) and Debtor's objection thereto, Bankruptcy No. 14 B 10105
4. Baby Supermall, LLC's Amended Claim No. 7 (Dkt. #572) and Debtor's Objection thereto, Bankruptcy No. 14 B 10105

### ADMISSIONS

All well pleaded facts admitted in the pleadings are admitted into evidence, unless objections are filed to relevance or prejudice at least 14 calendar days prior to trial.

### STIPULATIONS AND PRETRIAL CONFERENCE

To the extent reasonably possible, all parties will stipulate in writing to facts and documents, and their said stipulation will be admitted into evidence. Copies of stipulated documents should be

appended thereto. Pretrial conference set **December 7, 2015, at 11:00 am.** in courtroom 682 to report status of stipulations as to facts and documents. Should parties be unable to stipulate by that date, the Pretrial Conference will continue from day to day at 2:00 p.m. so long as there is possibility of stipulation.

## DISCOVERY

Further discovery is barred except as may be allowed on motion with notice and good cause shown by motion noticed and presented on or before October 16, 2015. However, Shrock and his counsel are hereby ordered to supply counsel for Baby Supermall, LLC copies of all documents and discovery obtained in state court litigation on or before November 1, 2015 unless excused by order entered on or before October 16, 2015, on motion for good cause shown.

## DISPOSITIVE MOTIONS

Dispositive motions by Shrock and Meier were time-barred in *Shrock v. Meier, No. 14 A 403* by original Pretrial Order therein. Any such motion by parties in the other proceedings must be filed on notice together with all required supporting materials and presented in court on or before **November 1, 2015, at 11:00 a.m.** in courtroom 682.

## EXHIBITS AND DEPOSITIONS

At least **21** calendar days prior to the first trial date, all parties are to exchange among themselves and also deliver to the Court in chambers copies of all exhibits they intend to introduce in evidence. **Each exhibit must be clearly numbered, tabbed, and contained in a binder.**

Each party shall clearly number each proposed exhibit and deposition transcript sought to be used in the order of its probable presentation at trial. Each document must be given a separate exhibit number. Prepare a list of those numbered exhibits with a very brief identification of each. Copies of those exhibit lists shall be exchanged among the parties and delivered to the Court in chambers with copies of the exhibits listed, and the original exhibit lists shall be filed with the Clerk with proof of service.

If there is any objection to any exhibit so listed and exchanged, each objection must be stated in writing and filed and served **14** calendar days before trial. If no written objection is made to the Court and copy of the objection served on the proponent within **14** calendar days before trial, such exhibits will be received in evidence without any further authentication or hearing as to relevance or any other issue. If objections are filed, only those express objections filed will be considered and all other possible objections are deemed waived.

If deposition transcripts are to be offered, portions offered by each party will be separately color-coded on the face thereof, and each portion objected to will be bracketed on the face thereof by an objector's color code, so that the Court may see the portions offered and objected to by each

party merely by examining the transcript. If the whole transcript is to be offered without objection, then no markings will be made. However, in that event, the proponent will also tender an abstract of the deposition.

All original exhibits (or copies marked and used as originals) will be held by the party offering same, and leave is given to withdraw same after they are admitted into evidence. The copies thereof delivered to the Court will be held by the Court until the ruling is given, and then discarded. The Court's copies will not be returned to counsel or the clerk.

## WITNESSES

At least **21** calendar days prior to the first trial date, the parties are to exchange and file with the Clerk of Court lists of the names and all witnesses they intend to present at trial, together with a brief summary of each separate area of testimony said each such witness will present. Copies of those lists will also be delivered to the Court in chambers. All reasonably anticipated objections to testimony and all motions to limit testimony of a witness identified by an opposing party shall be filed within **14** calendar days after receipt of the witness list required by this paragraph.

## EXPERT AND RULE 701 WITNESSES

If any parties are to use expert witnesses or lay witnesses to testify under Federal Evidence Rule 701 at trial, those witnesses should be identified on the witness lists provided hereinabove and their written reports and opinions identified on the exhibit lists provided hereinabove. If no such written reports or opinions exist, then **21** calendar days before the first trial date, the party offering such expert(s) or Rule 701 witness(es) shall for each such witness file and serve a statement of the subject matter on which such witness shall testify, the substance of the facts and opinions to which such witness is expected to testify, and a summary of grounds for each opinion.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

**Fourteen (14)** calendar days prior to the trial, Robert Meier who is *pro so* will file Proposed Findings of Fact, and each party represented by counsel will file with the Court and serve on opposing parties proposed detailed Findings of Fact and Conclusions of Law. Conclusions of Law must cite authority and must at the outset state this Court's jurisdiction. A trial brief may be filed with the proposed Findings and Conclusions if desired, but the filing of such brief will not excuse the filing of draft proposed Findings and Conclusions. Any party not filing proposed Findings of Fact may be found to have withdrawn any dispute as to fact findings proposed by the other side.

## MOTIONS IN LIMINE

All Motions in Limine to limit testimony or written evidence will be presented to the Court on notice at least **14** days prior to trial, and any Response thereto will be filed within **7** days thereafter.

## TRIAL DATE

Trial is set for **January 12, 13, 14, 15, 19, 20, 21, 22, 25, 26, 27, 28, and 29, 2015**, beginning at **1:30 p.m. each day, except trial will begin at 2:00 p.m. on Wednesdays, January 13, 20, and 27, 2015**. Trial will be held in courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois. Shrock and Baby Supermall, LLC are limited to **40** trial hours to be shared by them.

## INTERVENTION

Counsel for the firm of Ungaretti and Harris has indicated that party is considering a motion by it to intervene in one or more of these consolidated proceedings. Any such motion must be noticed and presented on or before **October 16, 2015, at 11:00 a.m.** in courtroom 682 and show the exact interest to be pursued by intervenor and also show what relief it claims to seek as an intervening party.

## SANCTIONS FOR NON-COMPLIANCE

Failure to comply with any portion of this Order will result in appropriate sanctions under Fed. R. Civ. P. 16 (Fed. R. Bankr. P. 7016) unless non-compliance is excused for good cause.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 4th day of September 2015.

- 4 -