UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-10105 |
| | ) | |
| ROBERT J. MEIER | ) | Chapter: 7 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER APPROVING COMPENSATION AND EXPENSE REIMBURSEMENT TO TRUSTEE'S ATTORNEYS, SPRINGER BROWN, LLC

THIS MATTER COMING TO BE HEARD on the Motion of Springer Brown, LLC for Approval of compensation and expense reimbursement, due notice having been provided Debtor, the United States Trustee, and all creditors of this estate, and no objections to the requested compensation and expense reimbursement having been tendered; now therefore, it is hereby

ORDERED that compensation to Springer Brown, LLC in the amount of $60,902.50 and expense reimbursement in the amount of $45.00 be, and they hereby are approved; and it is further

ORDERED that Trustee is hereby authorized, but not directed, to pay such compensation and expense reimbursement at his discretion.

Enter:  *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  December 12, 2016

**Prepared by:**

David R. Brown
ARDC #3122323
Springer Brown, LLC
300 S. County Farm Rd
Wheaton, IL 60187
(630) 510-0000