## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| ROBERT J. MEIER, | ) | **Case No. 14-B-10105** |
| | ) | |
| Debtor. | ) | **Hon. Jack B. Schmetterer** |

### NOTICE OF MOTION – FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF UNGARETTI & HARRIS, SPECIAL COUNSEL TO THE DEBTOR

TO:    Attached Service List

**PLEASE TAKE NOTICE** that on Thursday, December 29, 2016 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jack B. Schmetterer or any judge sitting in his stead in Courtroom 682 in the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Ungaretti & Harris LLP, Special Counsel to the Debtor,** a copy of which is hereby served on you.

Dated: December 20, 2016

/s/ John T. Ruskusky

John T. Ruskusky (#6256605)
R. Scott Alsterda (#03126771)
**NIXON PEABODY, LLP**
70 West Madison Street, Suite 3500
Chicago, Illinois  60602
Telephone: (312) 977-4460
Facsimile: (312) 977-4405
jtruskusky@nixonpeabody.com
rsalsterda@nixonpeabody.com

*Special Counsel to the Debtor*

### CERTIFICATE OF SERVICE

I, John T. Ruskusky, the undersigned attorney, hereby certify that on December 20, 2016, I caused to be electronically filed the **Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Ungaretti & Harris LLP, Special Counsel to the Debtor,** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following individuals.

/s/ John T. Ruskusky

*In re: Robert J. Meier, Debtor*
*Case No. 14-B-10105*

## SERVICE LIST

| **Attorney** | **Representing** |
|---|---|
| **R Scott Alsterda**<br>Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602<br>312 977-4400<br>312 977-4405 (fax)<br>rsalsterda@nixonpeabody.com<br>jtruskusky@nixonpeabody.com | **Ungaretti & Harris LLP**<br>70 West Madison, Suite 3500<br>Chicago, IL 60602<br>*(Creditor)* |
| **Elizabeth A. Bates**<br>Springer Brown, LLC<br>400 South County Farm Road<br>Ste. 330<br>Wheaton, IL 60187<br>630-510-0000<br>630-510-0004 (fax)<br>ebates@springerbrown.com | **Robert B Katz, ESQ**<br>Law Offices Of Robert B Katz<br>53 West Jackson Blvd<br>Suite 1320<br>Chicago, IL 60604<br>312-705-1400<br>312-663-0201 (fax)<br>rkatztrustee@gmail.com<br>*(Trustee)* |
| **Paul M Bauch**<br>Bauch & Michaels LLC<br>53 W Jackson Blvd Ste 1115<br>Chicago, IL 60604<br>312 588-5000<br>312 427-5709 (fax)<br>pbauch@bauch-michaels.com | |
| **Robert J. Meier**<br>2307 N James Court<br>Arlington Heights, IL 60004<br>rjmbsm@gmail.com<br>**(by e-mail and U.S. mail)** | |

**Mark A Berkoff**
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street
Suite 1700
Chicago, IL 60602-3801
312 269-8072
mberkoff@ngelaw.com

**Capstone Valuation Services, LLC**
c/o Neal, Gerber & Eisenberg LLP
Two N. LaSalle Street
Suite 1700
Chicago, IL 60602
(312) 269-8000
*(Creditor)*

**David Brown, ESQ**
Springer Brown, LLC
400 South County Farm Road
Suite 330
Wheaton, IL 60187
630 510-0000
630 510-0004 (fax)
dbrown@springerbrown.com

**Robert B Katz, ESQ**
Law Offices Of Robert B Katz
53 West Jackson Blvd
Suite 1320
Chicago, IL 60604
312-705-1400
312-663-0201 (fax)
rkatztrustee@gmail.com
*(Trustee)*

**Sean B Crotty**
Coleman Law Firm
77 W. Wacker Drive, Suite 4800
Chicago, IL 60601
(312) - 6068626 Ext.
scrotty@colemanlawfirm.com

**Baby Supermall**
*(Creditor)*

**Dean C Harvalis**
Office of the United States Trustee
219 South Dearborn Street
Room 873
Chicago, IL 60604
312-885-5783
USTPRegion11.es.ecf@usdoj.gov

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785
USTPRegion11.ES.ECF@usdoj.gov
*(U.S. Trustee)*

**John F Hiltz**
Hiltz & Zanzig LLC
53 West Jackson Blvd.
Suite 205
Chicago, IL 60604
312 566 9008
312 566 9015 (fax)
jhiltz@hwzlaw.com

**Martha Meier**
*(Creditor)*

**Steve Jakubowski**
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle Street
Suite 3300
Chicago, IL 60601
312 782-9000
312 782-6690 (fax)
sjakubowski@rsplaw.com

**Edward Shrock**
c/o Law Office of John S. Xydakis
Suite 402
30 N. Michigan Ave.
Chicago, IL 60602
312 488 3497
johnxlaw@gmail.com
*(Creditor)*

**Kenneth A. Michaels, Jr**
Bauch & Michaels, LLC
53 West Jackson Blvd.
Suite 1115
Chicago, IL 60604
312 588-5000
312 427-5709 (fax)
kmichaels@bauch-michaels.com

**Elizabeth E Richert**
Coleman Law Firm
77 West Wacker Drive, Suite 4800
Chicago
(312) - 444-1000
(312) - 444-1028 (fax)
erichert@colemanlawfirm.com

**Baby Supermall**
*(Creditor)*

**John Ruskusky**
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, IL 60602
(312) 977-4460
jtruskusky@nixonpeabody.com

**Ungaretti & Harris LLP**
*(Spec. Counsel)*

**John T. Ruskusky**
Ungaretti & Harris LLP
70 West Madison
Suite 3500
Chicago, IL 60602
312-977-4400

**Ungaretti & Harris LLP**
70 West Madison, Suite 3500
Chicago, IL 60602
*(Creditor)*

**Carolina Y Sales**
Bauch & Michaels, LLC
53 W Jackson Blvd
Suite 1115
Chicago, IL 60604
(312) 588-5000
(312) 427-5709 (fax)
csales@bauch-michaels.com

**Kevin G Schneider**
Neal, Gerber & Eisenberg LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602
(312) - 269-8000
kschneider@ngelaw.com

**Capstone Valuation Services, LLC**
c/o Neal, Gerber & Eisenberg LLP
Two N. LaSalle Street
Suite 1700
Chicago, IL 60602
(312) 269-8000
*(Creditor)*

**Springer Brown, LLC**

**Robert B Katz, ESQ**
Law Offices Of Robert B Katz
53 West Jackson Blvd
Suite 1320
Chicago, IL 60604
312-705-1400
312-663-0201 (fax)
rkatztrustee@gmail.com
*(Trustee)*

**John Xydakis**
Law Offices Of John Xydakis
125 W 55th Street Suite 201
Clarendon Hills, IL 60514
630-215-5515
johnxlaw@gmail.com

**Edward Shrock**
c/o Law Office of John S. Xydakis
Suite 402
30 N. Michigan Ave.
Chicago, IL 60602
312 488 3497
johnxlaw@gmail.com
*(Creditor)*

**Blair R Zanzig**
Hiltz Wantuch & Zanzig LLC
53 West Jackson Blvd.
Suite 205
Chicago, IL 60604
312-566-9008
312-566-9015 (fax)
bzanzig@hwzlaw.com

**Martha Meier**
*(Creditor)*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-B-10105 |
| | ) | |
| ROBERT J. MEIER, | ) | Chapter 11 |
| | ) | Hon. Jack B. Schmetterer |
| Debtor. | ) | |

**COVER SHEET FOR FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
UNGARETTI & HARRIS LLP, SPECIAL COUNSEL TO THE DEBTOR**

| | |
|---|---|
| Name of Applicant: | Ungaretti & Harris LLP n/k/a Nixon Peabody LLP |
| Authorized to Provide Services to: | Special Counsel to Debtor Robert Meier |
| Date of Order Authorizing Employment: | August 6, 2014 [Dkt. 120] |
| Period of Which Compensation is Sought: | November 26, 2014 - December 19, 2014 (Application Period) |
| Amount of Fees Sought: | $ 24,563.00 |
| Amount of Expenses Sought: | $ 1,762.60 |

This is a(n):   Interim Application: _____   Final Application: __X__

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested Fees and Expenses | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| 12/12/14 | 6/23/14 Thru 11/30/14 | $34,449.60 | $33,439.10 | $1,010.50 |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is $33,439.10.

Dated: December 20, 2016                     NIXON PEABODY LLP

                                        by:   /s/ John T. Ruskusky
                                             John T. Ruskusky (#6256605)
                                             R. Scott Alsterda (#03126771)

Nixon Peabody LLP
70 W. Madison Street, Suite 3500
Chicago, IL 60602
Telephone: (312) 977-4400
Facsimile:  (312) 977-4405
Email: jtruskusky@nixonpeabody.com
        rsalsterda@nixonpeabody.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-B-10105 |
| | ) | |
| ROBERT J. MEIER, | ) | Chapter 11 |
| | ) | Hon. Jack B. Schmetterer |
| Debtor. | ) | |

**FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
UNGARETTI & HARRIS LLP, SPECIAL COUNSEL TO THE DEBTOR**

Ungaretti & Harris LLP n/k/a Nixon Peabody LLP ("U&H"), special counsel for the

debtor Robert J. Meier (the "Debtor"), pursuant to 11 U.S.C. §§ 330, 331, 506(c) and 507(a)(1)

of the United States Code (the "Bankruptcy Code"), Rule 2016(a) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), Local Rule 5082-1 of the Bankruptcy Court for

the Northern District of Illinois (the "Local Rules"), and the *Order Granting Debtor's*

*Application to Employ John T. Ruskusky of Ungaretti & Harris, LLP as Special Counsel and*

*Related Relief* [Dkt. 120] (the "Employment Order"), hereby requests a final award of

compensation for professional services and reimbursement of expenses to U&H during the time

period from November 26, 2014 through December 19, 2014.

Through November 30, 2014 (the "First Application Period"), U&H provided 76 hours of

legal services to the Debtor, with a value of $31,795 in fees at the hourly rates set forth in the

Employment Order and $2,654.60 in expenses incurred on behalf of the Debtor.  On December

12, 2014, U&H filed its First Interim Application for Allowance and Payment of Compensation

and Reimbursement of Expenses (the "First Application"), which covered the First Application

Period.  [Dkt. 344.]  On April 20, 2015, this Court approved in substantial part the First

Application in the total amount of $30,784.50 in fees and $2,654.00 in expenses. [Dkt. 561.]

Between November 26, 2014 and December 19, 2014 (the "Final Application Period"),[1] U&H provided 60.8 hours of legal services to the Debtor, with a value of $24,563.00 in fees at the hourly rates set forth in the Employment Order and $1,762.60 in expenses incurred on behalf of the Debtor, including for court reporter invoices paid in December 2014 for services in prior months. For this Final Application Period, U&H served copies of its monthly invoice to the "Notice Parties"[2] as required by the Employment Order and received no objections.

As will be detailed in a separate filing, U&H and Debtor's bankruptcy counsel (collectively "Chapter 11 Counsel") also are entering into a settlement with creditor Martha Meier to resolve an ongoing appeal involving Ms. Meier and Chapter 11 Counsel. With this settlement, U&H is informed that sufficient funds are available to pay the amounts due under this Final Application. Thus, U&H now seeks the allowance and payment of its fees during this Final Application Period and for U&H's prior compensation award of $33,439.10 [ECF 561] to be deemed to be a final award under this Order.

Accordingly, by this Final Application, U&H seeks entry of an order: (a) allowing and awarding as reasonable compensation to U&H fees in the amount of $24,563.00 (the "Allowed Fees"), during the Final Application Period for 60.8 hours of actual, necessary legal services rendered to the Debtor; (b) allowing and awarding the reimbursement of U&H's out of pocket costs in the amount of $1,762.60 (the "Allowed Expenses") as reasonable, actual, and necessary expenses incurred in connection with the legal services rendered to the Debtor during

---

[1] In the invoice attached as Exhibit A, U&H time is shown through the end of December 31, 2014. Because of the conversion of this matter from a Chapter 11 proceeding to a Chapter 7 proceeding on December 19, U&H's fees for its time between December 20 and December 31 is not sought as part of this Petition and has been redacted. Thus, payment for only 60.8 hours of time is sought, a reduction of 5.8 hours for the services rendered between December 20, 2014 and December 31, 2014.

[2] All capitalized terms used but not defined in this Final Application shall have the definitions and meanings used in the Employment Order.

the Final Application Period; and (c) that U&H's prior interim compensation award of $33,439.10 [ECF 561] shall be deemed to be a final award under this Order.

In further support of its Final Application, U&H states as follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction over the matters raised in this Final Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B), and (O).

2.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3.    On March 20, 2014, (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

### The Debtor's Employment of U&H

4.    On July 30, 2014, this Court entered an Order for Motion to Lift Stay Pursuant to 11 U.S.C. § 362(d) (the "Lift Stay Order").  [Dkt No. 113]

5.    On July 31, 2014, the Debtor filed *Debtor's Application to Employ John T. Ruskusky of Ungaretti & Harris LLP as Special Counsel and Related Relief* [Dkt. 115] (the "Employment Application") seeking to employ U&H to provide legal services as special counsel in this case.

6.    U&H represented the Debtor as his counsel in the litigation case captioned *Edward Shrock v. Robert J. Meier*, which was pending as Case No. 2009-L-1455 (the "Litigation Case") in the Circuit Court of Cook County, Illinois, County Department, Law Division (the "State Court").

7.      Thus, in the Employment Application, the Debtor sought to employ U&H in regard to the Litigation Case and certain other matters that could arise in the State Court.

8.      On August 5, 2014, this Court entered the Employment Order [Dkt. 120].

9.      In accordance with the Employment Order, U&H circulated to the Notice Parties copies of its billing statement for the Final Application Period (**Exhibit A**) (the "Billing Statement"). The Billing Statement provided itemized and detailed descriptions of the specific legal services rendered and out of pocket expenses incurred by U&H. The Billing Statement (for the time period covered by the Final Application) is summarized in the following chart:

| Month | Fees | Expenses |
|---|---|---|
| December 2014 | $24,563.00 | $1762.60 |

10.     None of the Notice Parties sent U&H a Notice of Objection to the Billing Statements.

## NARRATIVE SUMMARY
### *(LOCAL RULE 5082-1(B))*

11.     Local Rule 5082-1(B)(1)(a) – During the Final Application Period, U&H performed various legal services as special counsel for the Debtor in the Litigation Case and the State Court.

12.     Local Rule 5082-1(B)(1)(b) – Narrative summaries of U&H's principal activities during the Final Application Period follow, including details of individual tasks performed within each activity (as recorded in the Billing Statement):

**State Court Motions and Hearings Relating To Damages:** U&H's legal services included the preparation for and attendance at lengthy hearings on December 2, 2014, December 12, 2014, and December 18, 2014, which included necessary legal research and filing of pleadings and memoranda of law, analysis of trial exhibits and transcripts, the analysis and supplementation of previous filings, and communications with the Debtor relating to strategy or supplemental information for the State Court proceedings.

For the December 2, 2014 hearing, Creditor Shrock's counsel also filed additional pleadings, including what were labeled as emergency motions seeking injunctive relief against the Company's bank and Meier on December 1, 2014 for hearing on December 2, 2014. Separate from these new filings, at the December 2, 2014 hearing, the State Court requested additional briefing relating to damages and set the matter for hearing on December 12, 2014. U&H reviewed these filings by Shrock and prepared the requested filings on behalf of Meier.

On December 8, 2014, prior to the December 12, 2014, Creditor Shrock filed an emergency motion seeking to expand the claims in State Court against Meier. This motion was rejected in substantial part by this Court.

The December 12, 2014 hearing was lengthy and included a presentation by an expert for Creditor Shrock. At this hearing the State Court Judge indicated his intent to award far less in damages than those sought by Creditor Shrock.

The December 18 hearing resulted from Creditor Shrock's emergency motion for a new trial, or alternatively, to recuse the trial court judge (the Honorable Ronald Bartkowicz), and was served only two hours before the hearing. Shrock's counsel insisted upon proceeding with this hearing on December 18 despite knowledge that Meier's counsel (Mr. Ruskusky) was out of town. Thus, an alternative counsel from U&H (Mr. Harman) was required to attend. Shrock's motion was granted by the Honorable Casandra Lewis, but due to the lack of notice and the unavailability of Mr. Ruskusky, Judge Lewis allowed Meier to file a motion to vacate this order. This Motion to Vacate the recusal was filed on December 22, 2014, and later was granted after additional briefing and multiple court appearances.

All disbursements for court reporting transcripts and copying also relate to this category.

13.    Local Rule 5082-1(B)(1)(c) – U&H does not seek compensation for the preparation of this Final Application and did not seek compensation for the First Application.

14.    Local Rule 5082-1(B)(1)(d) and (e) – A chart listing the name and position of each person with U&H who performed work on each task and activity, the approximate hours worked, and the total compensation sought for each person's work on each such separate task and activity during the Final Application Period, as well as the hourly rate for each person for whom compensation is requested, with the total number of hours expended by each person and the total compensation sought for each.

| U&H Employee | Hourly Rate | Hours | Total |
|---|---|---|---|
| John Ruskusky (partner) | $455 | 44.3 | $20,156.50 |
| Ted Harman (partner) | $445 | 1.5 | $667.50 |
| Seth Horvath (partner) | $345 | .2 | $69.00 |
| Elizabeth Meraz (associate) | $275 | 9.8 | $2,695.00 |
| Jennifer Demercede (paralegal) | $195 | 5 | $975.00 |
| **TOTAL** | | | **$24,563.00** |

15.    Local Rule 5082-1(B)(1)(f) – This is U&H's final application for compensation and reimbursement of expenses as the Debtor's special counsel.  U&H's first application was previously allowed in substantial part in the total amount of $30,784.50 in fees and $2,654.00 in expenses. [Dkt. 561.]

16.    Local Rule 5082-1(B)(1)(g) – U&H seeks reimbursement of expenses totaling $1,762.60. A breakdown of each type of expense (copying and court reporter costs) is included in Exhibit A.  All of the expenses for which U&H seeks reimbursement were actually incurred by U&H, were necessary for the proper representation of the Debtor in this case, and were specifically allocated to the Debtor's case. None of the expenses represents general overhead.

17.    Local Rule 5082-1(B)(2) – U&H seeks both the allowance and payment of its requested fees and expenses from the estate.

## DETAILED STATEMENT OF SERVICES
### *(LOCAL RULE 5082-1(C))*

18.    The Bankruptcy Rules require "[a]n entity seeking interim or final compensation for services, or reimbursement of necessary expenses, from the estate [to] file an application setting forth a detailed statement of (1) the services rendered, time expended and expenses incurred, and (2) the amounts requested." Fed. R. Bankr. P. 2016(a). The Local Rules permit "[t]he applicant's detailed time records [to] constitute the detailed statement required by Fed. R. Bankr. P. 2016(a)." Local R. 5082-1(C).

19.     The Billing Statement attached as Exhibit A comply with the requirements of Bankruptcy Rule 2016(a) and Local Rule 5082-1(C) because all time entries within the Billing Statement list the date of the work, name of person performing the work, a brief description of the nature of the work, the time expended on the work in increments of tenth of an hour, and the fee charged for such work.

## **BASIS FOR RELIEF**

20.     Pursuant to sections 330 and 331 of the Bankruptcy Code and the generally applicable criteria with respect to time, nature, extent, and value of services performed, all of U&H's services are compensable and the compensation requested is fair and reasonable. All of the legal services performed by U&H during the Final Application Period were required for the proper representation of the Debtor in this bankruptcy case.

21.     U&H has endeavored to: (a) avoid lumping multiple tasks into a single entry, as discussed in *In re Pettibone Corp.*, 74 B.R. 293, 302 (Bankr. N.D. Ill. 1987); (b) minimize time spent on interoffice conferences, as outlined in *In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991), though at times such conferences were necessary and unavoidable; and (c) provide detail about each task, such as the subject matter of each telephone conference, correspondence, document review, etc.

22.     The rates charged by U&H are less than or comparable to rates charged by other practitioners having the same amount of experience, expertise, and standing for similar services in comparable chapter 11 cases in the Northern District of Illinois.

23.     U&H prepared this Final Application in accordance with the guidelines established by Bankruptcy Rule 2016, Local Rule 5082-1, and this Court.

24.     All legal services performed by U&H and all expenses incurred were reasonable and necessary for the benefit of the Debtor's bankruptcy estate. U&H has not entered into an agreement or understanding of any kind with any entity to share its compensation received for services rendered to the Debtor in this case.

### LIMITED AND SHORTENED NOTICE

25.     The Employment Order authorized U&H to file and serve fee applications on five (5) business days' notice to the Debtor, his bankruptcy attorney, and a representative of the U.S. Trustee's office, collectively referred to in the Employment Order as the "Notice Parties." This Final Application has been filed and served in accordance with the Employment Order.

WHEREFORE, Ungaretti & Harris LLP respectfully requests that this Court enter an order:

(a)     Granting the relief requested in this Final Application;

(b)     Allowing and awarding as reasonable compensation to U&H the Allowed Fees ($24,653.00) for 60.8 hours of actual, necessary legal services rendered to the Debtor during the Final Application Period;

(c)     Allowing and awarding the reimbursement of U&H's Allowed Expenses ($1,762.60) as reasonable, actual, and necessary expenses incurred on the Debtor's behalf during the Final Application Period;

(d)     Authorizing and directing the Trustee to pay the amounts awarded (which totals $26,325.60) as a Chapter 11 administrative expense;

(e)     That U&H's prior interim compensation award of $33,439.10 [ECF 561] shall be deemed to be a final award under this Order; and

(f)     Granting such other relief as this Court deems just and appropriate.

Respectfully submitted,

Dated: December 20, 2016          NIXON PEABODY LLP

by:     /s/ John T. Ruskusky

John T. Ruskusky (# 6256605)

R. Scott Alsterda (#03126771)
Nixon Peabody LLP
70 W. Madison Street, Suite 3500
Chicago, IL 60602
Telephone:  (312) 977-4400
Facsimile:  (312) 977-4405
Email: jtruskusky@nixonpeabody.com
           rsalsterda@nixonpeabody.com


*Special Counsel to the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-B-10105 |
| | ) | |
| ROBERT J. MEIER, | ) | Chapter 11 |
| | ) | Hon. Jack B. Schmetterer |
| Debtor. | ) | |

## EXHIBIT A

**December 2014 Billing Statement**



**FEDERAL I.D. NO. 16-0764720**

NIXON PEABODY LLP
ATTORNEYS AT LAW

70 W. Madison St., Suite 3500
Chicago, IL 60602
T 312-977-4400
F 312-977-4405

NIXONPEABODY.COM
@NIXONPEABODYLLP

Personal and Confidential
Mr. Robert Meier
2307 North James Court
Arlington Heights, Illinois 60004

December 31, 2014

Invoice No. 6208167
Account: 292415

| Matter Summary | Fees | Disbursements | Total |
|---|---|---|---|
| 000004 – Special Counsel for Bankruptcy | $ 26,698.00 | $ 1,762.60 | $ 28,460.60 |
| **Total Fees, Costs and Other Charges** | **$ 26,698.00** | **$ 1,762.60** | **$ 28,460.60** |

| | |
|---|---|
| **Total Amount Due** | **$ 28,460.60** |

Nixon Peabody LLP
Invoice#6208167   Page 2

**FOR PROFESSIONAL SERVICES RENDERED through December 31, 2014, including:**

Matter 000004 – Special Counsel for Bankruptcy

| Date | Services | Atty | Hours |
|------|----------|------|-------|
| 11/26/14 | Revise and file motion to amend court date (.20); telephone call with Meier and Bauch regarding state court hearing; review trial testimony for proposed findings (.30). | JTR | 0.50 |
| 12/01/14 | Review of two new motions filed by Shrock seeking injunction and other relief against Company's Bank and client communications regarding same (.70); correspond with Shrock counsel regarding relief sought in motions against Meier including home and bankruptcy estate assets in violation of automatic stay (.10); review of compensatory damages hearing including review of trial transcripts, prepare proposed findings and outline (3.80). | JTR | 4.60 |
| 12/02/14 | Prepare for and attend hearing on compensatory damages and new Shrock motions (3.50); telephone call with R. Meier following hearing (.30). | JTR | 3.80 |
| 12/03/14 | Research legal authorities regarding scope of compensable costs to plaintiff (1.0); research legal authorities regarding recovery of attorneys' fees (.5); draft research summary for J. Ruskusky (.8) | EZM | 2.30 |
| 12/03/14 | Review trial transcripts and exhibits and revise supplement regarding 3% and 5% credit (2.00); review research memorandums relating to damages and costs (.30). | JTR | 2.30 |
| 12/04/14 | Telephone call with Meier (x2) relating to upcoming briefing and hearing (.10); communications with P. Bauch regarding same (.10); review additional Meier testimony relating to proposed Order (.20); | JTR | 0.40 |
| 12/05/14 | Telephone call with P. Bauch regarding refusal of Shrock's counsel to produce weekly report similar to DSI (.10); telephone call with R. Meier regarding strategy for Tuesday filing and additional material for same (.20); review of Shrock transcript for hearing preparation (.20). | JTR | 0.50 |
| 12/06/14 | Review of Shrock filing regarding damages and review background materials regarding same including Epstein deposition and exhibits regarding expert claims (.40); telephone call with R. Meier regarding new filing and strategy regarding same (.20). | JTR | 0.60 |
| 12/07/14 | Review of extensive record, trial testimony and exhibits and other hearing transcript and filings for preparation of Meier Damages' memorandum, proposed Order and calculations requested by Court for same. | JTR | 6.50 |
| 12/08/14 | Research related to indemnity and send to J. Ruskusky for review. | EZM | 0.50 |

Matter 000004 – Special Counsel for Bankruptcy

| Date | Services | Atty | Hours |
|------|----------|------|-------|
| 12/08/14 | Review new Shrock bankruptcy filing seeking to expand state court claims and communications with R. Meier and P. Bauch regarding same (.30); telephone call with R. Meier (x2) relating to state court litigation and strategy (.40); review additional research needed and direct E. Zamora regarding additional research relating to damages and interest (.20); continue review of trial transcripts, including new Meier and Suby testimony, for damages memorandum (1.50); prepare proposed Order and revise Damages Memorandum for state court (4.00); prepare Meier declaration regarding supplemental report requested by Court (.10). | JTR | 6.50 |
| 12/09/14 | Research legal authorities related to punitive damages and consideration. | EZM | 1.20 |
| 12/09/14 | Review and assemble of exhibits for upcoming filing. | JLD | 5.00 |
| 12/09/14 | Revise and file Supplemental Report requested by Judge Barkowicz relating to 3-5% credit and proposed Order regarding same and compensatory damages (1.70); revisions to Damages Memorandum including supplementation of issues outside scope of compensatory damages (1.20); multiple communications with Bauch and Meier regarding same (.80); review and direct research relating to damage claims for same (.30). | JTR | 4.00 |
| 12/09/14 | Review proposed language for order lifting bankruptcy stay; e-mail correspondence with J. Ruskusky proposing revisions to same. | SAH | 0.20 |
| 12/10/14 | Research legal authorities related to ratio of punitive to compensatory damages, use of damages to bankrupt defendant and remedies. | EZM | 1.50 |
| 12/10/14 | Review briefs filed by Meier, Martha and Shorck in bankruptcy court regarding Shrock's request to expand claims and prepare outline for hearing regarding same (.50); review supplemental research, revise and file Damages Memorandum in state court (1.50); multiple calls with Meier relating to bankruptcy and state court hearing and strategy for same (.30); review December 2 transcript and prepare supplemental regarding same (.40). | JTR | 2.70 |
| 12/11/14 | Prepare for (1.00); and attend (.50); bankruptcy hearing relating to Shrock efforts to raise additional claims in state court and review of proposed order regarding same; prepare outline for state court hearing on compensatory damages and additional claims (1.50). | JTR | 3.00 |
| 12/12/14 | Prepare for and attend lengthy court hearing on damages (4.00); follow up call with Meier and meeting with Bauch regarding same (.30). | JTR | 4.30 |
| 12/13/14 | Research relating to Shrock attorney fee claims (.10); analysis of damage claims in Shrock following court hearing (.10). | JTR | 0.20 |
| 12/14/14 | Revisions to 3% credit chart requested by State Court and correspond with R. Meier regarding same and strategy. | JTR | 0.20 |
| 12/15/14 | Prepare proposed order and response to attorneys' fees claim. | JTR | 0.70 |
| 12/16/14 | Discuss research with J. Ruskusky and research legal authorities related to attorneys fees and punitive damages. | EZM | 1.30 |
| 12/16/14 | Research relating to attorneys' fees request and Shrock damage claims (.20); revisions to proposed Order and review of trial documents and research for same; email to R. Meier regarding same (.50). | JTR | 0.70 |

Nixon Peabody LLP
Invoice#6208167    Page 4

Matter 000004 – Special Counsel for Bankruptcy

| Date | Services | Atty | Hours |
|------|----------|------|-------|
| 12/17/14 | Further research related to attorneys fees, compensatory damages and remedies for plaintiffs. | EZM | 2.00 |
| 12/17/14 | Telephone call with R. Meier regarding status and strategy of further briefing (.10); review research relating to attorneys' fees claim (.10). | JTR | 0.20 |
| 12/18/14 | Review hearing transcript and provide citation to J. Ruskusky for use in motion. | EZM | 0.50 |
| 12/18/14 | Email to J. Xydakis regarding deficiencies in emergency motion to recuse Judge Bartkowicz and his knowledge that counsel not available; review of same (.20); multiple communications with R. Meier, P. Bauch and T. Harman relating to motion and subsequent hearing (.50). | JTR | 0.70 |
| 12/18/14 | Appearance at hearings on Shrock's Motion to Reconsider October 17, 2014 Order and for Substitution of Counsel. | TEH | 1.50 |
| 12/19/14 | Prepare exhibits to motion to vacate. | EZM | 0.50 |
| 12/19/14 | Telephone call with R. Meier (x2) and P. Bauch (x2) relating to motion to vacate and other matters relating to resolution of damages claims (.60); prepare motion to vacate and review of statute and case law relating to same (1.30). | JTR | 1.90 |
| 12/20/14 | | JTR | 0.60 |
| 12/21/14 | | EZM | 2.50 |
| 12/22/14 | | JTR | 0.70 |
| 12/23/14 | | EZM | 0.30 |
| 12/23/14 | | JTR | 0.70 |
| 12/29/14 | | JTR | 0.70 |
| 12/30/14 | | JTR | 0.10 |
| 12/31/14 | | JTR | 0.20 |

**Total Services**          **Hours    66.60**                    **$ 26,698.00**

Nixon Peabody LLP
Invoice#6208167    Page 5

Matter 000004 – Special Counsel for Bankruptcy

| Date | Costs and Other Charges | Value |
|------|------------------------|------:|
| 12/05/14 | VENDOR: Real-Time Reporters, Inc.; INVOICE#: 1122H; DATE: 12/5/2014 | $ 140.50 |
| 12/07/14 | VENDOR: Real-Time Reporters, Inc.; INVOICE#: 3283J; DATE: 12/7/2014 | 280.75 |
| 12/08/14 | VENDOR: Real-Time Reporters, Inc.; INVOICE#: 3284J; DATE: 12/8/2014 | 492.00 |
| 12/08/14 | VENDOR: Real-Time Reporters, Inc.; INVOICE#: 3285J; DATE: 12/8/2014 | 535.75 |
| | **Total Depositions/Court Reporters** | **1,449.00** |
| 12/10/14 | VENDOR: Arrow Messenger Service; INVOICE#: 117133; DATE: 12/14/2014 | 17.94 |
| 12/10/14 | VENDOR: Arrow Messenger Service; INVOICE#: 117133; DATE: 12/14/2014 | 17.94 |
| | **Total Express Delivery Service** | **35.88** |
| 12/31/14 | Delivery to:  John S. Xydadakis @ Law Office of John S. Xydakis, P.C. | 10.00 |
| | **Total Messenger Service - Chicago** | **10.00** |
| 12/31/14 | Copying | 257.00 |
| | **Total Copying** | **257.00** |
| 12/23/14 | VENDOR: Petty Cash; INVOICE#: 12/30/14PETTYCASH; DATE: 12/30/2014 | $ 4.00 |
| | **Total Outside Copying/Printing Expenses** | **4.00** |
| 12/31/14 | Outside Printing | 4.00 |
| | **Total Outside Printing** | **4.00** |
| 12/31/14 | Postage | 6.72 |
| | **Total Postage** | **6.72** |

**Total Costs and Other Charges for Special Counsel for Bankruptcy**        **$ 1,762.60**

| No | Professional | Hours | Charge |
|----|--------------|-------|--------|
| | **Timekeeper Summary** | | |
| 5075 | DeMercede, Jennifer | 5.00 | 975.00 |
| 5138 | Harman, Theodore | 1.50 | 667.50 |
| 5159 | Horvath, Seth | 0.20 | 69.00 |
| 5210 | Meraz, Elizabeth Zamora | 12.60 | 3,465.00 |
| 5266 | Ruskusky, John | 47.30 | 21,521.50 |
| | **Total for Special Counsel for Bankruptcy** | **66.60** | **26,698.00** |



**FEDERAL I.D. NO. 16-0764720**

NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

70 W. Madison St., Suite 3500
Chicago, IL 60602
T 312-977-4400
F 312-977-4405

# REMITTANCE COPY

Personal and Confidential
Mr. Robert Meier
2307 North James Court
Arlington Heights, Illinois 60004

Bill Date: 12/31/14                          Invoice Number: 6208167
Client Number: 292415
Client Name: Meier, Robert

| Matter Summary | Fees | Disbursements | Total |
|---|---|---|---|
| 000004 – Special Counsel for Bankruptcy | $ 26,698.00 | $ 1,762.60 | $ 28,460.60 |
| **Total Fees, Costs and Other Charges** | **$ 26,698.00** | **$ 1,762.60** | **$ 28,460.60** |

| **Total Amount Due** | **$ 28,460.60** |
|---|---|

### WIRE/ACH PAYMENT INSTRUCTIONS IN U.S. DOLLARS

|  |  |
|---|---|
| Bank: | JPMorgan Chase, Rochester, NY 14643 |
| ABA Routing #: | 021000021 ( if international, use SWIFT Code: CHASUS33 ) |
| Account #: | 938761475 |
| Account Name: | Nixon Peabody LLP |
| Reference: | Please reference client and/or invoice numbers. |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                                    )            BK No.:   14-10105
                                                          )
ROBERT J. MEIER,                                          )            Chapter:  1 1
                                                          )
                                                          )            Honorable Jack B. Schmetterer
                                                          )
                                                          )
               Debtor(s)   )

**ORDER GRANTING FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
UNGARETTI & HARRIS LLP, SPECIAL COUNSEL TO DEBTOR**Enter Order Title here

This matter coming to be heard on the Final Application for Allowance and Payment of
Compensation and Reimbursement of Expenses of Ungaretti & Harris LLP, Special Counsel to Debtor
(the "Final Application," and the capitalized terms not defined in this Order having the definitions set
forth in the Interim Application); the Court having jurisdiction of the parties and of this matter; the
Court having previously approved limited and shortened notice of the Final Application pursuant to the
procedures set forth in the Order Granting Debtor's Application to Employ [Dkt. 120]; U&H having
given due and proper notice of the Final Application to the Notice Parties as required by the
Employment Order, and the Court finding no other or further notice of the Final Application being
required; the Court having considered the Final Application and the statements of counsel appearing
before the Court; and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1.) The relief requested in the Final Application is hereby granted as set forth herein.
2.) U&H's requested Allowed Fees ($24,563.00) are hereby approved and allowed on a final basis
as a reasonable award of compensation for 60.8 hours of actual, necessary legal services rendered to the
Debtor during the Final Application Period.
3.) U&H's requested Allowed Expenses ($1,762.60) are hereby approved and allowed on a final
basis as reimbursement for reasonable, actual, and necessary expenses incurred on the Debtor's behalf
during the Application Period.
4.) The Trustee is authorized and directed to pay the amounts awarded (which totals $26,325.60)
to U&H as a Chapter 11 administrative expense;
5.) U&H's prior interim compensation award of $33,439.10 [ECF 561] shall be deemed to be a
final award under this Order.

Enter:

Dated:

                                                          United States Bankruptcy Judge

**Prepared by:**
John T. Ruskusky
R. Scott Alsterda

Rev: 20151029_bko

Nixon Peabody, LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-4460

Tab out of box to see expansion.