UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re: §
§
MEIER, ROBERT J. § Case No. 14-10105
§
Debtor §

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 03/20/2014 . The case was converted to one under Chapter 7 on 12/19/2014 . The undersigned trustee was appointed on 12/24/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $    518,751.79

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 176,738.76 |
| Bank service fees | 12,691.69 |
| Other payments to creditors | 251,740.31 |
| Non-estate funds paid to 3rd Parties | 3,000.00 |
| Exemptions paid to the debtor | 2,400.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 72,181.03 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  04/08/2015  and the deadline for filing governmental claims was  04/08/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 29,067.59 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 22,905.70  as interim compensation and now requests a sum of $ 6,161.89 , for a total compensation of $ 29,067.59 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/06/2019                    By:/s/Robert B. Katz, Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-10105 | Judge: JACK B. SCHMETTERER | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | MEIER, ROBERT J. | | Date Filed (f) or Converted (c): | 12/19/14 (c) |
| | | | 341(a) Meeting Date: | 02/05/15 |
| For Period Ending: | 03/06/19 | | Claims Bar Date: | 04/08/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 750,000.00 | 0.00 | | 0.00 | FA |
| 2707 N. James Ct Arlington Heights, IL 60004 | | | | | |
| 2. CASH | 500.00 | 0.00 | | 0.00 | FA |
| Cash | | | | | |
| 3. CHECKING ACCOUNT | 19,900.00 | 0.00 | | 0.00 | FA |
| Checking #6304 | | | | | |
| 4. BANK ACCOUNTS | 1,045.00 | 0.00 | | 0.00 | FA |
| Savings #5474 | | | | | |
| 5. HOUSEHOLD GOODS | 10,000.00 | 0.00 | | 0.00 | FA |
| Household furnishings | | | | | |
| 6. WEARING APPAREL | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| Term Life with West Coast Insurance (ex-wife as beneficiary) | | | | | |
| 8. RETIREMENT PLANS | 185,791.00 | 0.00 | | 0.00 | FA |
| Baby Supermall, LLC 401(k) Plan | | | | | |
| 9. STOCK | 300,000.00 | 300,000.00 | | 300,000.00 | FA |
| 70 (of 80) Units of Baby Supermall, LLC | | | | | |
| 10. STOCK | 30,000.00 | 20,000.00 | | 20,000.00 | FA |
| 1/6 interest in Meier Mandel LLC. Owns a lake house in Palmyra, WI. | | | | | |
| 11. ACCOUNTS RECEIVABLE | Unknown | 0.00 | | 0.00 | FA |
| $2,800,000 owed to Meier from Baby Supermall LLC | | | | | |
| 12. VEHICLES | 30,000.00 | 26,000.00 | | 26,000.00 | FA |
| 2013 Lexus GS350 with 30,000 miles | | | | | |
| 13. Chapter 11 Debtor is Possession Bank Account (u) | 95,836.45 | 95,836.45 | | 95,836.45 | FA |
| 14. IL Department of Revenue Refund (u) | 22,342.00 | 22,342.00 | | 22,342.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 14-10105 | Judge: JACK B. SCHMETTERER | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | MEIER, ROBERT J. | | Date Filed (f) or Converted (c): | 12/19/14 (c) |
| | | | 341(a) Meeting Date: | 02/05/15 |
| | | | Claims Bar Date: | 04/08/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| $22, 342.00 less $3000 to be paid to Sylvia Suby per agreement net $19,342.00. | | | | | |
| 15. POTENTIAL TAX REFUND (u) | 50,000.00 | 50,000.00 | | 54,573.34 | FA |
| 16. The Nightingale Conant Retirement Plan 401(k) (u) | 12,601.42 | 0.00 | | 0.00 | FA |
| 17. IDoR Refund 2014 (u) | 14,000.00 | 14,000.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)        $1,524,015.87        $528,178.45                $518,751.79

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

This is a converted chapter 11 case. Trustee filed an amended federal 2014 income tax return and recently received a $54,573.34 refund. Trustee filed an amended 2014 state return and he awaits his request for refund. Final returns will then need to be filed prior to preparation of a TFR (including applications for professional compensation).

Initial Projected Date of Final Report (TFR): 06/30/17        Current Projected Date of Final Report (TFR): 12/31/18

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 14-10105 -JBS |
| Case Name: | MEIER, ROBERT J. |
| Taxpayer ID No: | *******9267 |
| For Period Ending: | 03/06/19 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7118  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/13/15 | 13 | Robert J. Meier<br>Debtor in Possession<br>2307 N. James Ct<br>Arlington Heights, IL 60004 | TURNOVER OF FUNDS TO TRUSTEE | 1290-000 | 95,836.45 | | 95,836.45 |
| 04/29/15 | 12 | American Auction Associates, Inc.<br>508 W. Brittany Dr.<br>Arlington Heights, Illinois 60004 | PROCEEDS FROM AUCTION OF GOODS | 1129-000 | 26,000.00 | | 121,836.45 |
| 05/05/15 | 010001 | ROBERT J. MEIER<br>2307 N. JAMES COURT<br>ARLINGTON HEIGHTS, IL  60004 | DEBTOR'S EXEMPTION<br>Debtor's exemption for Property #12 (2013 Lexus GS350). Car sold for $26,000 at auction. | 8100-000 | | 2,400.00 | 119,436.45 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 76.01 | 119,360.44 |
| 06/03/15 | 010002 | American Auction Associates<br>460 Irmen Dr.<br>Addison, IL 60101 | Auctioneer Expenses for Meier, 14-10105 | 3620-000 | | 331.91 | 119,028.53 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 180.30 | 118,848.23 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 171.09 | 118,677.14 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 176.44 | 118,500.70 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 176.18 | 118,324.52 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 170.25 | 118,154.27 |
| 11/05/15 | 9 | John Xydakis<br>Edward Shrock<br>30 N Michigan Ave Suite 402 | PURCHASE OF ESTATE'S INTEREST IN PROPERTY | 1129-000 | 300,000.00 | | 418,154.27 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 175.66 | 417,978.61 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 543.71 | 417,434.90 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 620.59 | 416,814.31 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 619.72 | 416,194.59 |
| 02/15/16 | 010003 | Arthur B. Levine Co., Inc.<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | BLANKET BOND DISBURSEMENT | 2300-000 | | 252.81 | 415,941.78 |
| 03/01/16 | 10 | Meier Manor LLC | SETTLEMENT FROM DEBTOR | 1129-000 | 20,000.00 | | 435,941.78 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 21.02

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 14-10105 -JBS |
| Case Name: | MEIER, ROBERT J. |
| Taxpayer ID No: | *******9267 |
| For Period Ending: | 03/06/19 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7118 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | C/O Alan R Meier<br>9076 W Kensington Way<br>Franklin, WI 53132 | PURCHASE OF ESTATE'S INTEREST IN PROPERTY | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 578.74 | 435,363.04 |
| 03/17/16 | 14 | Robert Meier<br>2307 N James Ct<br>Arlington Heights, IL 60004 | STATE INCOME TAX REFUND | 1224-000 | 22,342.00 | | 457,705.04 |
| 04/01/16 | 010004 | Sylvia Suby<br>2307 N. James Court<br>Arlington Heights, IL 60004 | Court Order | 8500-000 | | 3,000.00 | 454,705.04 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 663.32 | 454,041.72 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 657.58 | 453,384.14 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 674.17 | 452,709.97 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 651.35 | 452,058.62 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 672.11 | 451,386.51 |
| 08/24/16 | 010005 | Alan D. Lasko<br>Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Court Order | | | 23,376.03 | 428,010.48 |
| | | | Fees     23,214.10 | 3410-000 | | | |
| | | | Expenses     161.93 | 3420-000 | | | |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 668.78 | 427,341.70 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 614.89 | 426,726.81 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 634.42 | 426,092.39 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 613.06 | 425,479.33 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 632.57 | 424,846.76 |
| 01/12/17 | 010006 | David R. Brown<br>Springer Brown, LLC<br>300 S. County Farm Rd<br>Wheaton, IL 60187 | ATTORNEY FEES | 3210-000 | | 60,902.50 | 363,944.26 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 14-10105 -JBS | | Trustee Name: | Robert B. Katz, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | MEIER, ROBERT J. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7118  Checking Account |
| Taxpayer ID No: | *******9267 | | | |
| For Period Ending: | 03/06/19 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/12/17 | 010007 | David R. Brown<br>Springer Brown, LLC<br>300 S. County Farm Rd<br>Wheaton, IL 60187 | ATTORNEY EXPENSES | 3220-000 | | 45.00 | 363,899.26 |
| * 01/31/17 | 010008 | Martha Maggiore<br>John Hiltz Esq Hiltz & Zanzig LLC<br>53 West Jackson Blvd Suite 205<br>Chicago, IL 60604 | Property Settlement Obligation | 5100-003 | | 250,000.00 | 113,899.26 |
| * 01/31/17 | 010008 | Martha Maggiore<br>John Hiltz Esq Hiltz & Zanzig LLC<br>53 West Jackson Blvd Suite 205<br>Chicago, IL 60604 | Property Settlement Obligation | 5100-003 | | -250,000.00 | 363,899.26 |
| 01/31/17 | 010009 | Martha Maggiore<br>John Hiltz Esq Hiltz & Zanzig LLC<br>53 West Jackson Blvd Suite 205<br>Chicago, IL 60604 | DOMESTIC SUPPORT OBLIGATIONS<br>Per court order of 1/30/17 | 5100-000 | | 250,000.00 | 113,899.26 |
| 01/31/17 | 010010 | Bauch & Michaels, LLC<br>53 W. Jackson Boulevard, Suite 1115<br>Chicago, IL 60604 | CHAPTER 11 ADMINISTRATIVE CLAIM<br>Per Court order of 1/30/17 | 6210-000 | | 31,805.64 | 82,093.62 |
| 01/31/17 | 010011 | Ungaretti & Harris LLP<br>c/o John T. Ruskusky<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | CHAPTER 11 ADMINISTRATIVE CLAIM<br>Per Court order of 1/30/17 | 6210-000 | | 15,795.00 | 66,298.62 |
| 02/03/17 | 010012 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BLANKET BOND DISBURSEMENT<br>Bond #016073584 | 2300-000 | | 37.61 | 66,261.01 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 596.63 | 65,664.38 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 172.24 | 65,492.14 |
| 04/07/17 | 010013 | ROBERT B. KATZ<br>LAW OFFICES OF ROBERT B. KATZ | TRUSTEE FEE | 2100-000 | | 22,905.70 | 42,586.44 |

FORM 2

Page: 4

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-10105 -JBS | Trustee Name: | Robert B. Katz, Trustee |
| --- | --- | --- | --- |
| Case Name: | MEIER, ROBERT J. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7118 Checking Account |
| Taxpayer ID No: | *******9267 | | |
| For Period Ending: | 03/06/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 53 W. JACKSON BLVD. STE 1320 CHICAGO, IL 60604 | | | | | |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 97.39 | 42,489.05 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.03 | 42,418.02 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.06 | 42,354.96 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.94 | 42,294.02 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.89 | 42,231.13 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.79 | 42,168.34 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.67 | 42,107.67 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.60 | 42,045.07 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.49 | 41,984.58 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.42 | 41,922.16 |
| 01/12/18 | 15 | ROBERT J. MEIER | 2014 TAX REFUND | 1210-000 | 54,573.34 | | 96,495.50 |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 132.98 | 96,362.52 |
| 02/14/18 | 010014 | International Sureties Suite 420 701 Poydras St. New Orleans, LA 70139 | BLANKET BOND DISBURSEMENT Bond # 016073584 | 2300-000 | | 82.80 | 96,279.72 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 129.37 | 96,150.35 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 142.95 | 96,007.40 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 138.13 | 95,869.27 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 142.53 | 95,726.74 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 137.73 | 95,589.01 |
| 07/26/18 | 010015 | Bauch & Michaels, LLC 53 W. Jackson Blvd. Suite 1115 Chicago, IL 60604 | FINAL PYMT-CH 11 ADMIN CLAIM Per Court Order, issued 07/24/2018 | 6700-000 | | 21,203.76 | 74,385.25 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 137.04 | 74,248.21 |
| 09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 110.39 | 74,137.82 |
| 10/05/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 106.68 | 74,031.14 |
| 10/24/18 | 010016 | Illinois Department of Revenue | FINAL DISTRIBUTION | 7300-000 | | 1,740.31 | 72,290.83 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit B

| Case No: | 14-10105 -JBS | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | MEIER, ROBERT J. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7118  Checking Account |
| Taxpayer ID No: | *******9267 | | |
| For Period Ending: | 03/06/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/07/18 | | PO Box 19006<br>Springfield, IL 62794<br>ASSOCIATED BANK | Account ID: 08673-40064<br>2014 Taxes/Penalties<br>BANK SERVICE FEE | 2600-000 | | 109.80 | 72,181.03 |

|  | Account *******7118 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 6 | Deposits | 518,751.79 | 17 | Checks | 433,879.07 |
| 0 | Interest Postings | 0.00 | 43 | Adjustments Out | 12,691.69 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 518,751.79 | | | |
| | | | | Total | $ 446,570.76 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 518,751.79 | | | |

/s/   Robert B. Katz, Trustee
Trustee's Signature: _____   Date: 03/06/19
ROBERT B. KATZ, TRUSTEE

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 06, 2019 |
|---|---|---|---|---|---|---|

Case Number: 14-10105   Claim Class Sequence
Debtor Name: MEIER, ROBERT J.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3220-00 | David Brown<br>Springer Brown, LLC<br>300 S. County Farm Rd<br>Wheaton, IL 60187 | Administrative | | $45.00 | $45.00 | $0.00 |
| 001<br>3210-00 | David Brown<br>Springer Brown, LLC<br>300 S. County Farm Rd<br>Wheaton, IL 60187 | Administrative | | $60,902.50 | $60,902.50 | $0.00 |
| 002<br>6700-00 | Bauch & Michaels, LLC<br>53 W. Jackson Blvd.<br>Suite 1115<br>Chicago, IL 60604 | Administrative | | $53,009.40 | $53,009.40 | $0.00 |
| 001<br>3410-00 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois  60606 | Administrative | | $40,063.07 | $23,376.03 | $16,687.04 |
| 000008A<br>001<br>2950-00 | Office of the U.S. Trustee<br><B>(ADMINISTRATIVE)</B><br>219 S Dearborn St. Room 873<br>Chicago, IL 60604 | Administrative | | $0.00 | $0.00 | $0.00 |
| ADMIN<br>002<br>6210-00 | Ungaretti & Harris LLP<br>c/o John T. Ruskusky<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Administrative | | $26,325.00 | $15,795.00 | $10,530.00 |
| BOND<br>999<br>2300-00 | Arthur B. Levine Co., Inc.<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | Administrative | | $252.81 | $252.81 | $0.00 |
| BOND<br>999<br>2300-00 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Administrative | | $82.80 | $82.80 | $0.00 |
| 000001<br>058<br>5800-00 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101 | Priority | | $0.00 | $0.00 | $0.00 |
| 000006A<br>051<br>5100-00 | Martha Maggiore<br>John Hiltz Esq Hiltz & Zanzig LLC<br>53 West Jackson Blvd Suite 205<br>Chicago, IL 60604 | Priority | | $250,000.00 | $250,000.00 | $0.00 |
| 000002<br>070<br>7100-00 | Union National Bank<br>c/o Jeffrey S. Burns<br>20 S Clark, Suite 23010<br>Chicago, IL 60603 | Unsecured | | $0.00 | $0.00 | $0.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: March 06, 2019 |

Case Number:   14-10105  
Debtor Name:   MEIER, ROBERT J.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000003 070 7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $117.12 | $0.00 | $117.12 |
| 000004 070 7100-00 | Edward Shrock<br>c/o Law Office of John S. Xydakis<br>30 N. Michigan Ave., Suite 402<br>Chicago, IL 60602 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000005 070 7100-00 | Ungaretti & Harris LLP<br>c/o John T. Ruskusky<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Unsecured | | $258,885.06 | $0.00 | $258,885.06 |
| 000007 070 7100-00 | Baby Supermall, LLC<br>c/o Elizabeth Richert<br>Coleman Law Firm<br>77 W. Wacker Drive, Suite 4800<br>Chicago, Illinois 60601 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000009 070 7100-00 | Capstone Valuation Services, LLC<br>c/o Neal, Gerber & Eisenberg LLP<br>Attn: Mark A. Berkoff<br>Two N. LaSalle St., Suite 1700<br>Chicago, IL 60602 | Unsecured | | $28,000.00 | $0.00 | $28,000.00 |
| | Case Totals: | | | $717,682.76 | $403,463.54 | $314,219.22 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-10105
Case Name: MEIER, ROBERT J.
Trustee Name: Robert B. Katz, Trustee

Balance on hand                                               $         72,181.03

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ 29,067.59 | $ 22,905.70 | $ 6,161.89 |
| Attorney for Trustee Fees: David Brown | $ 60,902.50 | $ 60,902.50 | $ 0.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 39,717.10 | $ 23,214.10 | $ 16,503.00 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $ 345.97 | $ 161.93 | $ 184.04 |
| Fees: Office of the U.S. Trustee | $ 0.00 | $ 0.00 | $ 0.00 |
| Other: Arthur B. Levine Co., Inc. | $ 252.81 | $ 252.81 | $ 0.00 |
| Other: International Sureties | $ 82.80 | $ 82.80 | $ 0.00 |
| Other: David Brown | $ 45.00 | $ 45.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses         $         22,848.93
Remaining Balance                                              $         49,332.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Bauch & Michaels, LLC | $ 53,009.40 | $ 53,009.40 | $ 0.00 |
| Other: Ungaretti & Harris LLP | $ 26,325.00 | $ 15,795.00 | $ 10,530.00 |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses | $ 10,530.00 |
| Remaining Balance | $ 38,802.10 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 250,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006A | Martha Maggiore | $ 250,000.00 | $ 250,000.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 0.00 |
| Remaining Balance | $ 38,802.10 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 287,002.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Union National Bank | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | American Express Bank, FSB | $ 117.12 | $ 0.00 | $ 15.83 |
| 000004 | Edward Shrock | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005 | Ungaretti & Harris LLP | $ 258,885.06 | $ 0.00 | $ 35,000.72 |
| 000007 | Baby Supermall, LLC | $ 0.00 | $ 0.00 | $ 0.00 |
| 000009 | Capstone Valuation Services, LLC | $ 28,000.00 | $ 0.00 | $ 3,785.55 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 38,802.10 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE